**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )    2:10-cr-428-RLH-PAL
        v.                 )
                           )
CHRISTIAN ROMERO,          )
                           )
            Defendant.     )

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on May 18, 2011, defendant CHRISTIAN ROMERO, pled guilty to Counts One and Two of a Four Count Criminal Indictment charging him with Illegal Acquisition of a Firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2). Docket #26.

This Court finds defendant CHRISTIAN ROMERO, agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment and the Plea Agreement. Docket #8 and 26.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and Plea Agreement and the offense to which defendant CHRISTIAN ROMERO, pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 922(a)(6), 922(g)(5)(A), and 924(d)(1); and Title 28, United States Code, Section 2461(c):

a) a CMMG model M4LE .223-caliber semi-automatic rifle, bearing serial number A-7708;

b) a Bushmaster model M4A3 .223-caliber semi-automatic rifle, bearing serial number BFI669792;

c) a Century Arms model M70AB2 7.62 millimeter semi-automatic rifle, bearing serial number M70AB23647;

d) a Century Arms model M70AB2 7.62 millimeter semi-automatic rifle, bearing serial number M70AB23659; and

e) any and all ammunition. ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of CHRISTIAN ROMERO in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Michael A. Humphreys
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __20th__ day of _____May_____, 2011.

_____
UNITED STATES DISTRICT JUDGE