```
        _____
        | ✓ FILED          _____ RECEIVED   |
        | _____ ENTERED   _____ SERVED ON  |
        |          COUNSEL/PARTIES OF RECORD  |
        | ┌──────────────────────────────┐   |
        | |                              |   |
        | |        AUG 2 6 2011          |   |
        | |                              |   |
        | └──────────────────────────────┘   |
        |      CLERK US DISTRICT COURT        |
        |        DISTRICT OF NEVADA           |
        | BY: _____  DEPUTY      |
        |_____|
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )
        v.                       )        2:10-CR-428-RLH (PAL)
                                 )
CHRISTIAN ROMERO,                )
                                 )
                Defendant.       )

### FINAL ORDER OF FORFEITURE

On May 20, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant CHRISTIAN ROMERO to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant CHRISTIAN ROMERO pled guilty. Docket #8, #26, #28, #29.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law in the Las Vegas Review-Journal/Sun on May 28, 2011, June 4, 2011, and June 11, 2011, notifying all known third parties of their right to petition the Court. #30.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1        This Court finds no petitions are pending with regard to the assets named herein and the time

2  for presenting such petitions has expired.

3        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

6  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

7  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

8  law:

9        a)    a CMMG model M4LE .223-caliber semi-automatic rifle, bearing serial number A-

10               7708;

11       b)    a Bushmaster model M4A3 .223-caliber semi-automatic rifle, bearing serial number

12               BFI669792;

13       c)    a Century Arms model M70AB2 7.62 millimeter semi-automatic rifle, bearing serial

14               number M70AB23647;

15       d)    a Century Arms model M70AB2 7.62 millimeter semi-automatic rifle, bearing serial

16               number M70AB23659; and

17       e)    any and all ammunition.

18        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all

19  forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit,

20  as well as any income derived as a result of the United States of America's management of any

21  property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed

22  of according to law.

23  . . .

24  . . .

25  . . .

26  . . .

1    The Clerk is hereby directed to send copies of this Order to all counsel of record and three

2    certified copies to the United States Attorney's Office.

3    DATED this _26_ day of _August_, 2011.

4

5

6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26